NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARD D. IOLI TRUST,
GENERAL TRAFFIC CONTROLS, INC.,**
*Plaintiffs-Appellees*

**v.**

**VIGILANT VIDEO, INC.,**
*Defendant-Appellant*

**MVCONNECT, LLC,**
*Defendant*

---

2014-1714

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:10-cv-00605-JRG, Judge J. Rodney Gilstrap.

---

**JUDGMENT**

---

ERIC WILLIAM BUETHER, Buether Joe & Carpenter LLC, Dallas, TX, argued for plaintiffs-appellees.

ROY B. THOMPSON, Thompson Bogran, P.C., Lake Oswego, OR, argued for defendant-appellant. Also represented by AMY M. BOGRAN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 10, 2015                                    /s/  Daniel  E.  O'Toole
        Date                                      Daniel E. O'Toole
                                                  Clerk of Court